PASQUALE CAPONIGRI, Appellant, v. PASQUALE ALTIERI et al., Respondents.

(New York Common Pleas — General Term, February, 1895.)

An appeal does not lie to the Court of Common Pleas from a judgment of the General Term of the City Court affirming an interlocutory order and judgment overruling a demurrer.

APPEAL from a judgment of the General Term of the City Court of New York, which affirmed an interlocutory order and judgment made at Special Term overruling the plaintiff's demurrer to certain defenses and counterclaims alleged in the defendants' answer.

*Chas. W. Dayton*, for appellant.

*Burr & De Lacy*, for respondents.

BISCHOFF, J. The record does not disclose the jurisdiction of this court to determine the questions presented upon this attempted appeal. The judgment of affirmance of the court below does not award a final recovery. It is interlocutory also, and from it, therefore, no appeal lies to this court. *Fuller* v. *Tuska*, 43 N. Y. St. Repr. 523.

The appeal should be dismissed, with costs.

BOOKSTAVER and GIEGERICH, JJ., concur.

Appeal dismissed, with costs.